# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2015

_____

| | | |
|---|---|---|
| Bryant Young, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Cincinnati, Inc. | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted:  October 27, 1999
Filed:   November 1, 1999

_____

Before WOLLMAN, Chief Judge, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Bryant Young appeals from the district court's[1] exclusion of his expert witness and exclusion of evidence of prior incidents, which preceded the entry of judgment as a matter of law in favor of Cincinnati, Inc.  We conclude the district court did not abuse its discretion in these evidentiary rulings.  See Peitzmeier v. Hennessy Indus., Inc., 97 F.3d 293, 296 (8th Cir. 1996), cert. denied, 520 U.S. 1196 (1997).  Accordingly, we affirm.  See 8th Cir. Rule 47B.

_____

[1]The Honorable H. David Young, United States District Judge for the Eastern District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.